United States District Court
Southern District of Texas
**ENTERED**
October 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **MARIA NARCEDALIA DE LA ROSA,** § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 5:23-CV-00016 |
| § **MR. FLATBEDS TRANSPORT INC.,** *et al.*, § § | |
| Defendants. § | |

## ORDER

Having received a Guardian Ad Litem Report (Dkt. 15), and having held a Minor Settlement Hearing on October 18, 2023, Magistrate Judge Diana Song Quiroga submitted her Report and Recommendation (Dkt. 19) that the Joint Motion to Approve Minor Settlement (Dkt. 16) be granted and that the Settlement Agreement (Dkts. 17, 18) and disbursement of funds as to the minor G.I. be approved. The parties indicated at the Hearing and in an Advisory (Dkt. 20) that they waived their right to object to the Report and Recommendation (Dkt. 19). Having reviewed the matter as set forth in 28 U.S.C. § 636, the Report and Recommendation (Dkt. 19) is hereby ACCEPTED and the parties' Joint Motion to Approve Minor Settlement (Dkt.16) is hereby GRANTED.

Specifically, the Court finds the following:

A settlement was reached in this case between the Plaintiff and Defendants. On August 23, 2023, the Court appointed Guardian Ad Litem Claudia Valdez Balli to protect the interests of minor G.I. and scheduled a Minor Settlement Hearing to occur on October 18, 2023, at 2:00 PM via Zoom. (Dkt. 13.)

Since her appointment, Ms. Balli discussed the settlement with counsel for the minor G.I., the G.I., and G.I.'s mother, Ms. Maria Narcedalia De La Rosa. Ms. Balli completed her due diligence and made her report to the Court. (Dkt. 15; Minute Entry for Oct. 18, 2023.) The Court APPROVES Ms. Balli's fee of $2,835.00 for her services rendered and ORDERS Defendants to pay Ms. Balli's fee within forty-five days of the date of this Order.

To finalize this settlement, having heard the arguments of Plaintiff, Defendants, and the Guardian Ad Litem, the Court finds that the settlement is in the best interest of the minor Plaintiff. The Court APPROVES the settlement, the terms of which were presented to the Court by the Guardian Ad Litem.

It is therefore ORDERED that the minor Plaintiff G.I., suing herein by and through Plaintiff Maria Narcedalia De La Rosa, recover from Defendants five thousand dollars ($5,000) for her exclusive use and benefit, free and clear of all costs, legal expenses, and attorney's fees. Said sum shall be deposited into the Registry of the Court through an instrument payable to "U.S. District Court # 5:23-CV-00016, f/b/o G.I.," mailed to Ms. Balli, who shall forward it to:

> U.S. District Court, Southern District of Texas, Laredo Division
> Clerk of Court
> 1300 Victoria St., Ste. 1131
> Laredo, TX 78040

Upon receipt of the funds, the Clerk of the Court is ORDERED to deposit the funds with the Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States. Said funds are to remain on deposit with the Clerk, in an interest-bearing account, until the child reaches the age of eighteen, at which time she may move the Court for an order to release the funds, with interest, to her. To receive the remaining balance, with interest, G.I. must present

to the Court her birth certificate, social security card, and photo identification, consistent with the true identifying information previously filed and docketed under seal as Docket Entry 22 on October 25, 2023. (*See* Dkt. 22.) In the event that G.I.'s legal guardians or their address change, the Court must be notified immediately.

It is further ORDERED that payment of the monies set forth above fully and finally satisfies and discharges in full all obligations of Defendants with respect to the Plaintiffs listed above, and Defendants are forever relieved and discharged of and from any and all liabilities, claims, demands and causes of action of whatsoever nature asserted or which might have been asserted herein, known or unknown, accrued or to accrue, arising from or in any manner growing out of the accident or occurrence on or about January 24, 2022, as described in Plaintiff's Complaint on file herein.

It is further ORDERED that upon forwarding the recovery instrument to the Clerk of Court, the Guardian Ad Litem's duties shall be satisfied, completed, and fully discharged, with no further legal responsibility or duty to the minor Plaintiff.

It is further ORDERED that any and all relief sought and prayed for which is not specifically granted is denied.

It is further ORDERED that costs are taxed against the Party incurring same.

IT IS SO ORDERED.

SIGNED this October 26, 2023.

_____
Diana Saldaña
United States District Judge